No. 386. CONTINENTAL OIL CO. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. D. A. Richardson* and *A. L. Hull* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch, Arnold Raum,* and *Joseph M. Jones* for respondent.

No. 388. O/Y WIPU, OWNER OF "THE WILJA," *v.* DREYFUS ET AL., CO-PARTNERS. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edgar R. Kraetzer* for petitioner. *Mr. Henry E. Otto* for respondents.

No. 394. UNITED STATES *v.* RALSTON. October 21, 1940. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Biddle* for the United States. *Messrs. Herman J. Galloway, George R. Shields, John W. Gaskins,* and *Fred W. Shields* for respondent.

No. 395. ALASKA STEAMSHIP CO. *v.* PACIFIC COAST COAL CO. ET AL. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Cassius E. Gates* and *Edwin G. Dobrin* for petitioner. *Messrs. T. Catesby Jones, James W. Ryan,* and *Lane Summers* for Pacific Coast Coal Co. et al.; and *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Melvin H. Siegel, Paul A. Sweeney,* and *Richard H. Demuth* for the United States, respondents.